UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSHEA,<br>    Plaintiff,<br>  v.<br>UNKNOWN,<br>    Defendant. | Case No. 23-cv-06243-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a person in San Mateo County jail proceeding *pro se*, filed documents with the Court on December 4, 2023, which the Court construed as an attempt to file a civil rights action. ECF 1, 2. That same day, the Clerk of the Court informed plaintiff that this action was deficient because (1) he had not submitted his complaint or petition on the proper form; and (2) he had not submitted an *in forma pauperis* (IFP) application or paid the filing fee. ECF 4, 5. The Court informed plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not submitted the required documents. The Court therefore DISMISSES this action with prejudice. The Clerk shall terminate any pending motions, enter judgment for defendant, and close the file.

**IT IS SO ORDERED.**

Dated: January 23, 2024

                                TRINA L. THOMPSON
                                United States District Judge